**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jeremy Lee Rohrich,

Plaintiff,

v.

Ramsey County Jail,

Defendant.

No. 0:26-cv-03362 (KMM/JFD)

**ORDER**

---

This matter is before the Court on United States Magistrate Judge John F. Docherty's September 28, 2026 Report and Recommendation ("R&R") recommending that Plaintiff Jeremy Lee Rochrich's Amended Complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1915A, that his motion to appoint counsel and his application to proceed in forma pauperis be denied, and that he be directed to pay the unpaid balance of the statutory filing fee as required by 28 U.S.C. § 1915(b)(2). (R&R, Dkt. 7.) The deadline to object to the R&R was October 13, 2026. (D. Minn. LR 72.2(b)(1) (setting 14-day deadline for objections). Mr. Rohrich did not timely object to R&R, nor has he done so in the weeks since the deadline passed.

In the absence of objections, the Court reviews an R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Finding no clear error, the Court accepts the R&R.

# ORDER

For the reasons set forth above, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Dkt. 7) is **ACCEPTED**.

2. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A.

3. Mr. Rohrich's motion for appointment of counsel (Dkt. 2) is **DENIED**.

4. Mr. Rohrich's application to proceed in forma pauperis (Dkt. 3) is **DENIED**.

5. Mr. Rohrich shall pay the unpaid balance ("$342.25) of the statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court is directed to provide notice of this requirement to the authorities at the institution where Mr. Rohrich is confined.

**Let Judgment be entered accordingly.**

Date: November 10, 2026

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge